IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



Linette McIntosh
_____
_____
_____

Complaint for a Civil Case

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

**cv 16 -    6654**

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

-against-

Amanda White, Erilk J Pitchel Ann-
Maria Sampson, Denise Reit Shamaine
Atkinson, Nichole Bingham Mr W Hoffman

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*



CHEN, J.

Hon Barbara J. Pratt 5
Hon Elizabeth Racbbtt part 4,
Brookdale University Hospital
Alexis Kelly
Amanda Katz

BLOOM, M.J.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Lunette McIntosh
Street Address  108-35 Flatlands Ave # 3B
City and County  Brooklyn
State and Zip Code  New York   11236
Telephone Number  Home 347 787-0853 / Cell 646-399-4165
E-mail Address  midget30166@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name            Amanda White
Job or Title    Judge
(if known)
Street Address  King County Family Court
City and County  330 Jay Street
                 Brooklyn
State and Zip Code  New York   11201
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name            Erik S. Pitchal    part 30
Job or Title    Judge
(if known)
Street Address  King County Family Court
City and County  330 Jay Street
                 Brooklyn

State and Zip Code _New York  11201_

Telephone Number _____

E-mail Address _____
(if known)

**Defendant No. 3**

Name _Ann-Maria Sampson_

Job or Title _Child Protective Specialist_
(if known)

Street Address _110 William Street 13 floor_

City and County _Manhattan_

State and Zip Code _New York 10038_

Telephone Number _@ 212-442-1574_

E-mail Address _Ann-marie Sampson @ ACS, NYC.gov_
(if known)                    _WWW.NYC.gov/ACS_

**Defendant No. 4**

Name _Denise Pell_

Job or Title _Supervisor at Children Village_
(if known)

Street Address _400 E Fordham Road 20th floor_

City and County _Bronx_

State and Zip Code _New York 10458_

Telephone Number _718 220-7211 & 7211/ 914 230-2204_

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

3

Shomaine Atkinson
Caseworker at Children Village
400 E Fordham Road 10th floor
Bronx NY. 10458
tele 917 734-5171


William C Hoffman
Attorney at Law    (. my Lawyer)
32 Court Street Suite 507
Brooklyn New York 11201
718 702 2222.


Nicole P. Bingham
Staff Attorney    (Tamira) Lawyer,
111 Livingston Street
Brooklyn NY 11201
718 250 - 4534



Barbara S    part 5
Judge
King County Family Court
330 Jay Street
Brooklyn NY. 11201


Hon. Elizabeth Barnett part 4.
King County Family Court
330 Jay Street
Brooklyn N.Y. 11201



Brookdale University Hospital
1835 Linden Blvd
Brooklyn NY 11212
718 240-8020

Aunise Kelly
Child Protective Specialist
ACS # 5195582
718 348-8053

Amanda Katz Attorney
Administration for Children Services
330 Jay Street 12th Floor
Brooklyn NY. 11207
718. 802-2790

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

11/16/16 Two Female Black Impersonation as ACS, Workers without No I.D. into my home and 11/22/16 Another two Black Female Came with the police at 2am Refuse to Show their I.D. and reports A See Attached.

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is
incorporated under the laws of the State of *(name)*
_____ , and has its principal place of
business in the State of *(name)* _____ . *Or* is
incorporated under the laws of *(foreign nation)*
_____ , and has its principal place of
business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

3.5 million holding me back from my Career to move forward
cant get a job, Emotional Stress, discrimination of my
Civil right human rights Constitutional rights

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

Linette McIntosh and Tamica McIntosh we were Violated by our
1st Amendment rights, Children rights, Constitutional rights
November 22 2016 and November 23 2016 Brooklyn Family Court
Children Village. ACS Emotionally effected.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Coming into my home falsely Impersonation As ACS. forcing my daughter to sign legal documentation Constantly unprofessional tactics for 4 1/2 years, of legal abuse of false Allegations I'm Seeking 5 million dollars in damages.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov 29, 2016

Signature of Plaintiff _____

Printed Name of Plaintiff   Linette McIntosh

6

To whom it may deeply Coccern,

Docket NN20932/13

NOV 16 2016 Two Black female
Came to my home Inpersonation As H.C.S. Reported
NOV 22 2016 Two more Black female
Inpersonation again as ACS both refuse to not
Show their I.D. Nor give me documents on site
with Police allow that As I felt Violated in my home.

My daughter 16 years old being tore
to Sign legal documents of her baby girl birth
Certificate and Charge as an adult for Neglect
of her 16 days old baby while being neglected in
the care of Children Village. ACS.

This case is a on going case
for 4 1/2 years with A.C.S. and 2 1/2 yrs with
Children Village. I would like to request that my
case to be Audited past + PRESENT.

My Grand daughter taken by ACS
location in Manhatten Hun - Maria Simpson I live in
Brooklyn. Please Submit All 911 calls, 311 calls, Hospital
Records, Court Records, justice Center calls, parents Advocate
calls, both agencie's goals to take away our Right
Custody of the baby Amira McIntosh. My daughter did
not Sign the birth Certificate. Our Rights is being Violated
Every way we comply,

STATE OF NEW YORK
COUNTY OF KINGS
SIGNED BEFORE ME ON 11/29/2016
LINETTE MCINTOSH

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

STATE OF NEW YORK

COUNTY OF KINGS

(SPACE RESERVE ME OR

KAMAL H. SOW
Notary Public, State of New York
No. 01SO6095410
Qualified in Kings County
Commission Expires March 21, 2014

Nov 23, 2016

To whom it may deeply Concern

This Case Started by my Child Tamira McIntosh was Seeking threapy at Brookdale Hospital Center for 2 yrs and more I was asking and Seeking for more Services Which Doctors & Staff at Brookdale Hospital Refuse to help me So (ACS) Administration Children Services was Called twice, As I refuse to take my home I have a list of agencies I was Seeking at that time of matter. ACS referral my Child to Children Village where Several Call was made how my Child was Mistreated, Neglected her funds was Stolen from both agencies ACS + Children Village

my Child was told not to Come back there by Children Village Staff So She Currently which Now My daughter just had A baby Girl Children Us Rafini Brooklyn Hospital nurse Ms Graves and Social Worker Mr. Applewhite Case Worker Ms Atkinson trying to Snatch my daughter baby away from her forcing my daughter to Sign a fake Birth Certificate, Now We are have false report Call on us Police Constantly coming to my home all time of the day into night harassing my whole family ACS Coming from Manhattan not showing any I.D. or report Stating who they are I'm force to open my door by the Housing + NYC Police. My daughter and her baby is not in my home I have no knowledge of her whereabouts I would like this Case to be VIEW I want to press Charge on Everyone the fraud Allegation against me and my Child and family Please Help Close this Case Now going on 5 year with ACS 3 yrs with Children Village Since 2014 of March Not one ACS, Worker was Assign to be report of my this

Case, that is still going now I have so
many false report made against me and my daughter
ACS is try to Steal and adopt my grand daughter
without a Court order. Our Right is being
Violated, disciminated as mother daughter
as a Human being the family Court is done with
this non going false report on all Allegation I
would request all Allegation must show Causes of
Evidences from All parties that sign their
Names to this Case show proof of their Allegation.

11/23/16

STATE OF NEW YORK
COUNTY OF KINGS
SIGNED BEFORE ME ON   11/23/2016
LENETTE    McINTOSH

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

Cause, that is still going now I have so many false report made against me and my daughter ACS is try to Steal and adopt my grand daughter without a Court order our right is being Violated, discrimintated as mother daughter as a Human being the family Court is done with this now going false report on all Allegation I would request all Allegation must show causes of evidences from all parties that sign their Names to this case show proof of their Allegation

Lenette Ta.

11/23/16

STATE OF NEW YORK
COUNTY OF KINGS
SIGNED BEFORE ME ON  11/23/2016

LENETTE  McIntosh

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

**INCIDENT INFORMATION SLIP**
PD 301-164 (REV. 3-98)- Pent (RMU)

*McIntosh Linette*

Date: 11/19/16

Welcome to ___069 Precinct___   ___9720 Foster Ave, Brooklyn, NY 11236___   ___718-257-6221___
    (Command)              (Address)                          (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following numbers(s)

Complaint Report No.: __6047__   Accident Report No.: _____   Aided Report No.: __0943__

Reported to: __PO Ahmed Fahad__   Date of Occurrence: 11/16/16   Time: 0943
      (Rank)   (Name)        (Shield No.)

Location of Occurrence: __10835 Flatlands Ave Bklyn__

Crime: __Criminal Impersonation__

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

Contact us at telephone number ___718-257-6211___. Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY – PROFESSIONALISM – RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!**



F.C.A.§§1017, 1027                              Removal Order (Child Protective) 07/16

At a term of the Family Court of the State of New York, held in
and for the County of _Kings_ , at _330 Jay St_
_Brooklyn_ New York on _11/22/16_

PRESENT:    Hon. _Barnett_
                                    Judge

..........................................................

In the Matter of

_Amira McIntosh_

A Child Under the Age of Eighteen
Alleged to be (Abused) (and) (Neglected) by

_Tamara McIntosh_

              Respondent(s)

..........................................................

Docket #: _NN 29005/16_

ACS #: _5450569_

**ORDER (Directing Temporary**
**Removal of Child-After Petition Filed)**

A Petition under Article 10 of the Family Court Act having been filed with this Court alleging that the above-named child is (a)(an) (neglected child) (abused child) (severely or repeatedly abused child); and a preliminary hearing having been held by this Court pursuant to Section 1027 of the Family Court Act; and the following person(s) having appeared (with)(without) counsel herein to determine whether the child's interests require protection pending a final order of disposition; and the Court having determined that:

a. Said child's interests (do) (do not) require protection pending a final order of disposition and that continuation of residence by the child in the child's home (would) (would not) be contrary to the welfare and best interests of the child and that temporary removal of said child from (his)(her) place of residence (is) (is not) necessary to avoid imminent risk to said child's life or health. Continued placement of the child in (his)(her) home would be contrary to the welfare and best interests of the child because: (be specific) _Both the 11 year old Respondent mother &_
_her mother appear to suffer from mental health_
_issues & currently not in treatment_

b. Imminent risk to the child(ren) (would) (would not) be eliminated by the issuance of an order of protection directing the removal of _____ from the child's residence; and

c. ☑ Reasonable efforts were made prior to the date of the hearing herein to prevent or eliminate the need for removal from the home. The specific efforts made were: _The Respondent Mother was_
_offered a mother child foster care placement._

☐ Reasonable efforts were not made prior to the date of the hearing herein, to prevent or eliminate the need for removal from the home but the lack of such efforts was reasonable and appropriate under the circumstances. The specific reasons why it was not reasonable and appropriate to make such efforts are: _____

☐ Reasonable efforts were not made prior to the date of the hearing herein to prevent or eliminate the need for removal from the home.

d. Reasonable efforts (were) (were not) made to make it possible to return the child home safely; and

e. The Respondent (was) (was not) present at the hearing of this application; and

f. Respondent who was not present was given notice by ( _____ ); and

g. The removal is necessary because _The infant would be at imminent_
_risk of harm in the care of the_
_Respondent Mother._

F.C.A.§§1017, 1027
Page 2 of 3

Removal Order (Child Protective) 07/16

Docket #: NN-29005-16

Child Name: 545C56 9

h. The removal was made pursuant to Family Court Act Section (1021) (1022) (1024); and

i. Based upon the investigation conducted by the Commissioner of Social Services it appears that [specify name] _____
_____is a (non-respondent parent) (relative) (suitable person) with whom such child may appropriately reside.
[Applicable to relatives and other suitable persons]: Such person (seeks approval as a foster parent pursuant to the Social Services
Law for the purposes of providing care for such child) (wishes to provide care and custody for the child without foster care
subsidy during the pendency of any orders herein) (there is no suitable person related to the child with whom such child may
appropriately reside.)

NOW therefore, it is [fill in applicable provision]:

ORDERED that the application for (removal) (continued removal of the child) is hereby (GRANTED)(DENIED); (and it is further)

(ORDERED that said _____be released temporarily to the (Respondent parent(s) [specify:_____]) (Non-
respondent parent(s) [specify]:_____])

ORDERED that said _____ be temporarily placed with [specify]_____ relative or suitable person

[Applicable to release to Respondent parent(s)]:
ORDERED that the release to the Respondent parent be under the supervision of [specify]: _____);
(ORDERED that said Mc Entosh  Amira  be placed in the custody of _____ ACS _____ pending
further proceedings herein;) (and it is further)

(ORDERED that, pursuant to a petition filed under Article 6 of the Family Court Act, Docket # :_____, the
child is placed in the temporary custody of the following non-respondent parent, relative or suitable person
[specify]:_____ (and it is further)

[Applicable to temporary release to Non-respondent parent(s) or temporary placement with relative or other
suitable person]:
(ORDERED that, during the period of temporary release or placement, the non-respondent parent, legal custodian, relative
or other suitable person shall submit to the jurisdiction of the Court with respect to the child and shall cooperate with respect
to making the child available for court-ordered visitation with Respondents, siblings and others; appointments with the
child's attorneys and clinicians and other individuals or programs providing services to the children; visits (including home
visits) by the child protective agency; in person contact with the child protection agency, social services official or duly
authorized agency; and the following additional direction(s)
[specify]:_____
_____
_____

Pending further proceedings herein; (and it is further)

ORDERED that, during the period of temporary release, temporary placement or temporary custody, as applicable, the
individual to whom the child has been released, placed or with whom the child has been placed into temporary custody under
this Order may enroll the child in public school in the applicable school district and, upon verifying the Order and that the
individual resides within the district, such district shall enroll the child; enroll the child in their employer-based health
insurance plan with the same rights as child for whom the individual is the legal guardian or custodian; and make decisions
and provide any necessary consents regarding the child's protection, education, care and control, physical custody, health and
medical needs, provided that this Order does not limit any rights of the child to consent to medical care under applicable
laws.)

(ORDERED that said Amira McIntosh be temporarily removed from the place where said child is residing
by any peace officer or agent of a duly authorized agency, society or institution and that said child be brought to
ACS pending further proceedings herein;) (and it is further)

(ORDERED that ( __any NY__ Hospital) ( __any__ M.D.) is hereby authorized to
provide such emergency medical or surgical procedures for the said child as may be necessary to safeguard the child's life or
health;) and it is further

F.C.A.§§1017, 1027                                    Removal Order (Child Protective) 07/16
Page 3 of 3                                            Docket #: NN 29005/16
                                                      Child Name: Amira McIntosh

(ORDERED that the child protective agency shall (provide)(arrange for) the following services or assistance to the (child) (child's family) pursuant to section 1015-a or 1022(c) of the Family Court Act [specify]: _____ ); (and it is further)

(ORDERED that if the child remains in foster care or is directly placed pursuant to Sections 1017 or 1055 of the Family Court Act, a permanency hearing shall be held on the following date certain: _____ 5/23/17 _____ ) (and it is further)

(ORDERED)

Dated: 11/22/16                        ENTER,

                                       _Elizabeth Barrett_
                                              J.F.C.

NOTICE:
PLACEMENT OF YOUR CHILD IN FOSTER CARE MAY RESULT IN THE LOSS OF YOUR PARENTAL RIGHTS TO YOUR CHILD. IF YOUR CHILD STAYS IN FOSTER CARE FOR 15 OF THE MOST RECENT 22 MONTHS, THE AGENCY MAY BE REQUIRED BY LAW TO FILE A PETITION TO TERMINATE YOUR PARENTAL RIGHTS AND MAY FILE BEFORE THE END OF THE 15-MONTH PERIOD. ADDITIONALLY, IF SEVERE OR REPEATED ABUSE IS PROVEN BY CLEAR AND CONVINCING EVIDENCE, THIS FINDING MAY CONSTITUTE THE BASIS TO TERMINATE YOUR PARENTAL RIGHTS.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Check applicable box:        ☐ Order mailed on [specify date(s) and to whom mailed]:_____
                             ☐ Order received in court on [specify date(s) and to whom given]:_____

F.C.A. §§153, 153-a, 1037                                      10-7b 9/2006

## FAMILY COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS

| | |
|---|---|
| In the Matter of | **File #:**   196458 |
| | **Docket #:**   NN-29005-16 |
| Amira McIntosh (DOB: 11/11/2016), | |
| | **CPS #:**   5450569 |
| A Child under Eighteen Years of Age | |
| Alleged to be Neglected by | **WARRANT OF ARREST** |
| | **CHILD NEGLECT** |
| Tamira Mcintosh, | |
| Respondent. | |

BY ORDER OF THE FAMILY COURT OF THE STATE OF NEW YORK TO ANY POLICE/PEACE OFFICER IN THE STATE OF NEW YORK.

A petition under Article 10 of the Family Court Act having been filed in this Court, and it appearing that one of the grounds for issuance of a warrant as specified in the Family Court Act exists,

YOU ARE THEREFORE COMMANDED forthwith to **arrest Tamira Mcintosh, and bring said person before this Court to be dealt with according to law.**

YOU ARE FURTHER COMMANDED, under the Family Court Act, **in conjunction with the arrest of the parent(s) or person(s) legally responsible for the child's care,** to bring before this Court the following child:

| Name | Date of Birth |
|---|---|
| Amira McIntosh | 11/11/2016 |

THIS WARRANT is subject to the following restrictions:
Respondent is to produce Subject Child to court during court hours or to ACS field office when Court is not in session.

Dated: November 23, 2016                    **ENTER**

_____

                                     **Hon. Elizabeth Barnett**

Warrant filed with: New York City Police Department

| NYSID: | | Distinguishing Marks: | | DOB: | 1/12/2000 |
|---|---|---|---|---|---|
| Race: | Unknown | Height: | ' " | SSN: | |
| Sex: | Female | Weight: | | Driver's License: | |
| Ethnic Origin: | | Hair: | | License Plate: | |
| NYSPIN Caution: | | Eye: | | Mother's Maiden Name: | |

Address(es):     Home: 10835 Flatlands Avenue, Apt 3B, BROOKLYN, NY 11236

**NOTICE TO RESPONDENT PARENT(S): IF YOUR CHILD STAYS IN FOSTER CARE FOR 15 OF THE MOST RECENT 22 MONTHS, THE AGENCY MAY BE REQUIRED BY LAW TO FILE A PETITION TO TERMINATE YOUR PARENTAL RIGHTS AND MAY FILE BEFORE THE END OF THE 15-MONTH PERIOD. IF SEVERE OR REPEATED ABUSE IS PROVEN BY CLEAR AND CONVINCING EVIDENCE, THIS FINDING MAY CONSTITUTE THE BASIS TO TERMINATE YOUR PARENTAL RIGHTS.**

**Family Court Act §155(1) provides that:** "If an adult respondent is arrested under this act when the family court is not in session, he or she shall be taken to the most accessible magistrate and arraigned. The production of a warrant issued by the family court, a certificate of warrant, a copy or a certificate of the order of protection or temporary order of protection, an order of protection or temporary order of protection, or a record of such warrant or order from the statewide computer registry established pursuant to section 221-a of the executive law shall be evidence of the filing of an information, or petition or sworn affidavit, as provided in section 154-d of this article. Upon consideration of the bail recommendation, if any, made by the family court and indicated on the warrant or certificate of warrant, the magistrate shall thereupon commit such respondent to the custody of the sheriff, as defined in subdivision 35 of section 1.20 of the criminal procedure law, admit to, fix or accept bail, or parole him or her for hearing before family court, subject to the provisions of subdivision four of section 530.11 of the criminal procedure law concerning arrests upon a violation of an order of protection."

**Family Court Act §155-a provides that:** "A desk officer in charge at a police station, county jail or police headquarters, or any of his or her superior officers, may, in such place, take cash bail from his or her appearance before the appropriate court the next morning from any person arrested pursuant to a warrant issued by the family court; provided that such arrest occurs between eleven o'clock in the morning and eight o'clock the next morning, except that in the city of New York bail shall be taken between two o'clock in the afternoon and eight o'clock the next morning. The amount of such cash bail shall be the amount fixed in the warrant of arrest."